United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 13-18552-elf
Wanda Henry  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 2     Date Rcvd: Aug 11, 2016
                        Form ID: pdf900     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2016.
```
db            +Wanda Henry,    5959 Upland Way,    Philadelphia, PA 19131-2233
13158049      +Ascension Capital Group,    PO Box 200277,    Arlington TX 76006-0277
13158055      +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
13158056      +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13232965      +FIRST UNION NATIONAL BANK-,    TRUSTEE FOR PA HOUSING FINANCE AGENCY,    c/o JOSHUA ISAAC GOLDMAN,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13158057       First Union National Bank,    Trustee for PA Housing Finance Agency,
               c/o PHFA (Bankruptcy Dept),    PO Box 15057,    Harrisburg PA 17105-5057
13158059      +Goldbeck, McCafferty and McKeever,    Mellon Center-Suite 500,    701 Market Street,
               Philadelphia, PA 19106-1541
13158062      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13158063       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
13158065      +PROVIDIAN,    4900 JOHNSON DR,    PLEASANTON CA 94588-3308
13158068      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
13239950      +U.S. Bank National Association successor trustee f,    Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
13158054       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
13163751       eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:31     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 12 2016 01:01:01
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 12 2016 01:01:26     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2016 01:24:24     Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13158050       E-mail/Text: RA-BCSEBKN@state.pa.us Aug 12 2016 01:00:44
               Bureau Of Child Support Enforcement,    P. O. box 8018,    Harrisburg, PA 17105-8018
13246440       E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:31     City of Philadelphia,
               Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13242411      +E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:31
               CITY OF PHILADELPHIA LAW DEPT TAX UNIT,    1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
               PHILADELPHIA, PA 19102-1617
13175785      +E-mail/Text: bankruptcy@cavps.com Aug 12 2016 01:01:22     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13158051      +E-mail/Text: moc@ccpclaw.com Aug 12 2016 01:00:43     Cibik and Cataldo, P.C.,
               225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102-3825,    ccpc@ccpclaw.com
13158052      +E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:31     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102-1504
13158053      +E-mail/Text: bankruptcy@phila.gov Aug 12 2016 01:01:31     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadephai, PA 19102-1504
13182600      +E-mail/Text: cio.bncmail@irs.gov Aug 12 2016 01:00:48     Department of Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13158058      +E-mail/Text: blegal@phfa.org Aug 12 2016 01:01:15     First Union National Bank,
               c/o Pennsylvania Housing Finance Agency,    211 N. Front Street,    PO Box 15057,
               Harrisburg PA 17105-5057
13158061       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2016 01:01:20     JEFFERSON CAPITAL SYSTEMS, LLC,
               POB 23051,    COLUMBUS GA 31902-3051
13169255       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 12 2016 01:01:20     Jefferson Capital Systems LLC,
               PO BOX 7999,    SAINT CLOUD MN 56302-9617
13208552       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 12 2016 01:24:26
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13158064      +E-mail/Text: csidl@sbcglobal.net Aug 12 2016 01:01:25     Premier Bankcard,    P.O. Box 2208,
               Vacaville, CA 95696-8208
13467011       E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2016 01:22:06
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
13158066       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2016 01:22:08
               Sherman Acquisitions,    PO Box 10584,    Greenville, SC 29603-0584
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2                  Date Rcvd: Aug 11, 2016
                              Form ID: pdf900           Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13158067         STATEFARM CREDIT UNION
13242436*       +CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT,   1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
                  PHILADELPHIA, PA 19102-1617
13158060*        I.R.S.,   Special Procedures Branch,   Insolvency Unit,   P.O. Box 12051,
                  Philadelphia, PA 19105-2051
13173481*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,   PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
13174052*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:  Jefferson Capital Systems LLC,   PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
                                                                                               TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2016 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST UNION NATIONAL BANK- TRUSTEE FOR PA HOUSING
           FINANCE AGENCY bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com
          LEON P. HALLER    on behalf of Creditor    FIRST UNION NATIONAL BANK- TRUSTEE FOR PA HOUSING
           FINANCE AGENCY lhaller@pkh.com,  dmaurer@pkh.com
          MICHAEL A. CATALDO2    on behalf of Debtor Wanda   Henry ecf@ccpclaw.com, igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Wanda   Henry ecf@ccpclaw.com, igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| WANDA HENRY | : | |
| Debtor | : | Bky. No. 13-18552 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated June 22, 2016 **(Doc. # 54)** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

**Date: August 11, 2016**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**