## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                      :          CHAPTER 13

WANDA HENRY                                :

DEBTOR                                     :          BKCY NO.   13-18552ELF13

## O R D E R

AND NOW, on this   **7th**   day of   **Oct.**   , 2016 it is hereby,

ORDERED and DECREED that MANPOWER, 2868 DEKALB PIKE,  EAST NORRITON,

PA 19401, ATTN: PAYROLL-NANCY PENKIVECH cease wage   deductions of

WANDA HENRY,   Social Security Number:   XXX-XX-5859.

BY THE COURT:

_____
Hon. Eric L. Frank
CHIEF U.S. BANKRUPTCY JUDGE

Copies Mailed to:

Michael A. Cibik, Esquire          Manpower
Cibik & Cataldo, P.C.              2868 Dekalb Pike
1500 Walnut Street, Ste 900        East Norriton, PA 19401
Philadelphia, PA 19102              Attn:   Payroll - Nancy Penkivech

William Miller, Trustee            Wanda Henry
PO Box 1229                        5959 Upland Way
Philadelphia PA 19105              Philadelphia, PA 19131