United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-18552-elf
Wanda Henry                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR           Page 1 of 1        Date Rcvd: Oct 07, 2016
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.
db         +Wanda Henry,    5959 Upland Way,    Philadelphia, PA 19131-2233
           +Manpower,    2868 Dekalb Pike,    East Norriton, Pa 19401-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2016 at the address(es) listed below:
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association successor trustee
           for the PHFA, pursuant to said Trust Indenture bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST UNION NATIONAL BANK- TRUSTEE FOR PA HOUSING
           FINANCE AGENCY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    FIRST UNION NATIONAL BANK- TRUSTEE FOR PA HOUSING
           FINANCE AGENCY lhaller@pkh.com,   dmaurer@pkh.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com
          MICHAEL A. CATALDO2    on behalf of Debtor Wanda  Henry ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Wanda  Henry ecf@ccpclaw.com,   igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                       :        CHAPTER 13

WANDA HENRY                        :

DEBTOR                                  :        BKCY NO.   13-18552ELF13

**O R D E R**

AND NOW, on this  7th  day of  Oct.  , 2016 it is hereby, ORDERED and DECREED that MANPOWER, 2868 DEKALB PIKE, EAST NORRITON, PA 19401, ATTN: PAYROLL-NANCY PENKIVECH cease wage deductions of WANDA HENRY, Social Security Number: XXX-XX-5859.

BY THE COURT:

_____
Hon. Eric L. Frank
CHIEF U.S. BANKRUPTCY JUDGE

Copies Mailed to:

Michael A. Cibik, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste 900
Philadelphia, PA 19102

William Miller, Trustee
PO Box 1229
Philadelphia PA 19105

Manpower
2868 Dekalb Pike
East Norriton, PA 19401
Attn:  Payroll - Nancy Penkivech

Wanda Henry
5959 Upland Way
Philadelphia, PA 19131