# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 13-18552-ELF

WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WANDA HENRY

    5959 UPLAND WAY

    PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 2/13/2017

                                          /S/ William C. Miller
                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee