United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 13-18552-elf
Wanda Henry                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR        Page 1 of 2         Date Rcvd: Mar 22, 2017
                         Form ID: pdf900     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2017.
```
db          +Wanda Henry,    5959 Upland Way,    Philadelphia, PA 19131-2233
13158049    +Ascension Capital Group,    PO Box 200277,    Arlington TX 76006-0277
13158055    +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
13158056    +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13232965    +FIRST UNION NATIONAL BANK-,    TRUSTEE FOR PA HOUSING FINANCE AGENCY,    c/o JOSHUA ISAAC GOLDMAN,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13158057     First Union National Bank,    Trustee for PA Housing Finance Agency,
              c/o PHFA (Bankruptcy Dept),    PO Box 15057,    Harrisburg PA 17105-5057
13158059    +Goldbeck, McCafferty and McKeever,    Mellon Center-Suite 500,    701 Market Street,
              Philadelphia, PA 19106-1541
13158062    +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13158063     PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
13158065    +PROVIDIAN,    4900 JOHNSON DR,    PLEASANTON CA 94588-3308
13158068    +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631
13239950    +U.S. Bank National Association successor trustee f,    Pennsylvania Housing Finance Agency,
              211 North Front Street,    Harrisburg, PA 17101-1406,    Attn: ALSV/ Anne
13158054     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
13163751     eCAST Settlement Corporation, assignee,    of HSBC Bank Nevada and its Assigns,    POB 35480,
              Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:39:01     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:38:36
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2017 01:38:50     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2017 01:33:52     Synchrony Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13158050     E-mail/Text: RA-BCSEBKN@state.pa.us Mar 23 2017 01:38:17
              Bureau Of Child Support Enforcement,    P. O. box 8018,    Harrisburg, PA 17105-8018
13246440     E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:39:01     City of Philadelphia,
              Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13242411    +E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:39:01
              CITY OF PHILADELPHIA LAW DEPT TAX UNIT,    1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
              PHILADELPHIA, PA 19102-1617
13175785    +E-mail/Text: bankruptcy@cavps.com Mar 23 2017 01:38:48     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13158051    +E-mail/Text: ecf@ccpclaw.com Mar 23 2017 01:38:16     Cibik and Cataldo, P.C.,
              225 S. 15th Street,    Suite 1635,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
13158052    +E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:39:01     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102-1504
13158053    +E-mail/Text: bankruptcy@phila.gov Mar 23 2017 01:39:00     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadephai, PA 19102-1504
13182600    +E-mail/Text: cio.bncmail@irs.gov Mar 23 2017 01:38:22     Department of Treasury,
              Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13158058    +E-mail/Text: blegal@phfa.org Mar 23 2017 01:38:39     First Union National Bank,
              c/o Pennsylvania Housing Finance Agency,    211 N. Front Street,    PO Box 15057,
              Harrisburg PA 17105-5057
13158061     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2017 01:38:47     JEFFERSON CAPITAL SYSTEMS, LLC,
              POB 23051,    COLUMBUS GA 31902-3051
13169255     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 23 2017 01:38:47     Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
13208552     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:39:16
              Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13158064    +E-mail/Text: csidl@sbcglobal.net Mar 23 2017 01:38:50     Premier Bankcard,    P.O. Box 2208,
              Vacaville, CA 95696-8208
13467011     E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2017 01:33:59
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13158066     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2017 01:33:59
              Sherman Acquisitions,    PO Box 10584,    Greenville, SC 29603-0584
                                                                                              TOTAL: 19
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 2                   Date Rcvd: Mar 22, 2017
                               Form ID: pdf900              Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13158067           STATEFARM CREDIT UNION
13242436*         +CITY OF PHILADELPHIA, LAW DEPARTMENT - TAX UNIT,    1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,
                    PHILADELPHIA, PA 19102-1617
13158060*          I.R.S.,    Special Procedures Branch,    Insolvency Unit,    P.O. Box 12051,
                    Philadelphia, PA 19105-2051
13173481*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                   (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                    SAINT CLOUD MN 56302-9617)
13174052*        ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                   (address filed with court:   Jefferson Capital Systems LLC,    PO BOX 7999,
                    SAINT CLOUD MN 56302-9617)
                                                                                              TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association successor trustee
          for the PHFA, pursuant to said Trust Indenture bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST UNION NATIONAL BANK- TRUSTEE FOR PA HOUSING
          FINANCE AGENCY bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
          dmaurer@pkh.com
         LEON P. HALLER    on behalf of Creditor    FIRST UNION NATIONAL BANK- TRUSTEE FOR PA HOUSING
          FINANCE AGENCY lhaller@pkh.com,    dmaurer@pkh.com
         MICHAEL A. CATALDO2    on behalf of Debtor Wanda  Henry ecf@ccpclaw.com, igotnotices@ccpclaw.com
         MICHAEL A. CIBIK2    on behalf of Debtor Wanda  Henry ecf@ccpclaw.com, igotnotices@ccpclaw.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association successor trustee for
          the PHFA, pursuant to said Trust Indenture tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

WANDA HENRY                                  Chapter 13

                    Debtor            Bankruptcy No. 13-18552-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: March 22, 2017**          _____
                                   Eric L. Frank
                                   ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
WANDA HENRY

5959 UPLAND WAY

PHILADELPHIA, PA 19131